IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN W. SWINT, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-175(MTT) ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Before the Court is the Defendant's motion to quash the Plaintiff's subpoena for production of documents. (Doc. 19). The Court convened a hearing on this matter by teleconference on September 18, 2013. For the reasons discussed in that hearing, the Defendant's motion is **DENIED**. The Defendant is **ORDERED** to promptly produce the documents responsive to the Plaintiff's subpoena, specifically pages 3 and 4 of the handwritten notes made by the Defendant's testifying expert William R. Knight, Jr. during his fire investigation. Following production of the notes, the Plaintiff may inform the Court if he sees need to reconvene his deposition of Knight, and, if so, why.

**SO ORDERED,** this 18th day of September, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT